# Exhibit A

1841

NewDay
7067 Columbia Gateway Drive
Columbia, MD 21046

EXPIRES: 08/31/06

IN THE AMOUNT OF: TWO HUNDRED SEVENTY-FIVE THOUSAND THREE HUNDRED SEVENTY-FIVE AND 00/100 DOLLARS

(or up to 125% of your home value)

Non-negotiable check. No cash value. This is not a check.

PAYEE:

Betty J. Farizer
2 Ford Ave.
Cumberland, RI 02864-1940

| DOLLARS | CTS |
|---|---|
| $275,375 | 00 |

RESERVATION NO: **2506 1579 017**

Paul Alger, Senior Vice President

ES-25-0053R01

# You could keep paying high-interest credit card balances month after month. Or, you could simply **pay them off!**

Dear Betty J. Farizer,

Like most Americans with solid credit, you probably receive plenty of offers to transfer your credit card balances from one card to the next. It's a great way for credit card companies to get business from one another, but not the best way for a smart homeowner, like you, to manage your money.

At *NewDay* Financial we'd like to offer you a better option — one that gives you the opportunity to consolidate all of your high interest debt (not just credit card balances) into one easier-to-manage monthly payment. Best of all, you're already pre-approved!*

The ***NewDay* Zero-Balances Program** lets you do more than just move credit card debt around. We help you to consolidate all of your debt using your home's equity — a money management option that many financial experts recommend.

**This one simple financial decision can put up to $900, $1,000, even $1,100 or more back into your pocket each month. Just call toll-FREE 1-888-222-4808 and find out how you can cut your monthly payments in half or more!**

Increasing your monthly cash flow is only one of the benefits of using your home equity for debt consolidation. You may also qualify for significant tax advantages not available with a credit card balance transfer. Consult your tax advisor.

Under this important program, you're pre-approved for MORE MONEY than most mortgage lenders are willing to offer — **up to 125% of your home's value** (less outstanding mortgage balance). With thousands more for your needs, you can do far more than consolidate your debt. You can:

- **Add value to your home** with a kitchen update, room addition or other renovation.
- **Finance college tuition** for your children, your spouse or yourself.
- **Pay for major expenses,** like a wedding, new roof or heating and air system.

The ***NewDay* Zero-Balances Program** is a great way to use your home equity to manage your money better and to pay for the things you want now. Be sure to call today, **1-888-222-4808**, and discover a better way to cut your monthly payments. Your pre-approved status ends 08/31/06.

Sincerely,

Paul Alger, Senior Vice President

P.S. To get started, simply call toll-FREE **1-888-222-4808** now. Or, if you prefer, you can get started online at www.NewDayYes.com. Whether you call or apply online — the entire process takes about 10 minutes because you're pre-approved, but only until 08/31/06. Have your Reservation Number, **2506 1579 017**, ready to verify your pre-approved status. Call today!

*See reverse for Important Program Information.

You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 1-888-567-8688. See PRESCREEN & OPT-OUT NOTICE on other side for more information about prescreened offers.