UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BETTY J. FARIZER | : | |
| | : | |
| v. | : | C.A. No.: 06-337ML |
| | : | |
| NEW DAY FINANCIAL, LLC | : | |

**STIPULATION**

Plaintiff Betty J. Fariza and Defendant New Day Financial, LLC hereby stipulate that Defendant New Day Financial, LLC may have up to and including Thursday, September 28, 2006, to respond to Plaintiff's Complaint.

Plaintiff,
Betty J. Farizer,
By her Attorneys,

/s/ Christopher M. Lefebvre

Christopher M. Lefebvre (#4019)
Claude F. Lefebvre and Christopher Lefebvre, P.C.
Two Dexter Street
Pawtucket, RI 02860
Tel: (401) 728-6060
Fax: (401) 728-6534
E-mail: Lefeblaw@aol.com

Defendant,
New Day Financial, LLC,
By its Attorneys,

/s/ Jeffrey S. Brenner

Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
E-mail: JBrenner@nixonpeabody.com

Dated: August 24, 2006