UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BETTY J. FARIZER | : | |
| | : | |
| v. | : | C.A. No.: 06-337ML |
| | : | |
| NEW DAY FINANCIAL, LLC | : | |

**ENTRY OF APPEARANCE**

Jeffrey S. Brenner, Esquire, and Nixon Peabody LLP hereby enter an appearance on behalf of Defendant, New Day Financial, LLC.

NEW DAY FINANCIAL, LLC
By its Attorneys,

/s/ Jeffrey S. Brenner

Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
E-mail: JBrenner@nixonpeabody.com

Dated: August 25, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the within Entry of Appearance was forwarded via electronic mail to Christopher Lefebvre, Esq., Claude F. Lefebvre and Christopher Lefebvre, P.C., Two Dexter Street, Pawtucket, RI 02860 on this 25th day of August, 2006.

/s/ Jeffrey S. Brenner