UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BETTY J. FARIZER,
Plaintiff(s)

v. Dkt. No. 06-337-ML

NEW DAY FINANCIAL, LLC,
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

~~Plaintiff~~/Defendant NEW DAY FINANCIAL, LLC hereby moves that Richard E. Gottlieb be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

NEW DAY FINANCIAL, LLC
(~~Plaintiff~~/Defendant)

By: Richard E. Gottlieb
Bar ID No.: 6209165
Address: Dykema Gossett PLLC
10 S Wacker Dr., Chicago, IL 60606

DATED: August 31, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of New York, Illinois, and District of Columbia and of the following Federal District Court and/or Court of Appeals Bar(s) (see attachment), and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Print Name State Bar ID #
Richard E. Gottlieb 6209165

Firm Name
Dykema Gossett PLLC

Business Address
10 S Wacker Dr, Chicago, IL, 60606

312-627-2196 800-548-2878
Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel
Jeffrey S. Brenner 4369
Print Name R.I. Bar ID #

Firm and Business Address
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Tel. # 454-1000 Fax # 454-1030

---

**ORDER**

This motion is hereby ______________________

______________________
District Judge

Date:

**ATTACHMENT TO MOTION FOR ADMISSION PRO HAC VICE FOR RICHARD E. GOTTLIEB**

District of Columbia
New York
Illinois
U.S. Court of Appeals for the District of Columbia Circuit
U.S. Court of Appeals, Federal Circuit
U.S. Court of Appeals, 7th Circuit
U.S. Court of Appeals, 8th Circuit
U.S. District Court, District of Columbia
U.S. District Court, District of Maryland
U.S. District Court, Northern District of Illinois, including Trial Bar
U.S. District Court, Eastern District of New York
U.S. District Court, Southern District of New York
U.S. District Court, Eastern District of Michigan
U.S. District Court, Western District of Michigan
U.S. District Court, Eastern District of Wisconsin
U.S. District Court, Northern District of Indiana

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st of September, 2006, an exact copy of the within Motion for Admission *Pro Hac Vice* was electronically mailed to the Electronic Case Filing system of the United Stated District Court for the District of Rhode Island. Notice of this filing will be sent via e-mail to Christopher Lefebvre, Esq. as indicated on the Notice of Electronic Filing.

/s/ Jeffrey S. Brenner