UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BETTY J. FARIZER,
Plaintiff(s)

v. Dkt. No. 06-337-ML

NEW DAY FINANCIAL, LLC,
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/Defendant NEW DAY FINANCIAL, LLC hereby moves that Naomi A. Carry be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

NEW DAY FINANCIAL, LLC
(Plaintiff/Defendant)

By: Naomi A. Carry
Bar ID No.: 182887
Address: Dykema Gossett LLP
333 S Grand Ave, 2100, Los Angeles, CA 90071

DATED: ______

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of California ______ and of the following Federal District Court and/or Court of Appeals Bar(s) Ninth Circuit Court of Appeals, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Print Name: Naomi A. Carry
State Bar ID #: 182887

Firm Name: Dykema Gossett LLP

Business Address: 333 S Grand Ave, 2100, Los Angeles, CA 90071

Tel. #: 213-457-1805
Fax #: 213-457-1850

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Print Name: Jeffrey S. Brenner
R.I. Bar ID #: 4369

Firm and Business Address:
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903

Tel. # 454-1000 Fax # 454-1030

---

**ORDER**

This motion is hereby ______________________________

______________________________
District Judge

Date:

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st of September, 2006, an exact copy of the within Motion for Admission *Pro Hac Vice* was electronically mailed to the Electronic Case Filing system of the United Stated District Court for the District of Rhode Island. Notice of this filing will be sent via e-mail to Christopher Lefebvre, Esq. as indicated on the Notice of Electronic Filing.

/s/ Jeffrey S. Brenner