UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Betty J. Farizer
Plaintiff(s)

v. Dkt. No. 06-337-ML

New Day Financial, LLC,
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/Defendant Betty J. Farizer hereby moves that Cathleen M. Combs be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Betty J. Farizer
(Plaintiff/Defendant)

By: Cathleen M. Combs
Bar ID No.: 00472840

Edelman, Combs, Latturner & Goodwin, LLC Address: 120 S. LaSalle, Ste. 1800
DATED: Chicago, IL 60603

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Illinois and of the following Federal District Court and/or Court of Appeals Bar(s) Illinois, Indiana, S.D. of TX, , and my eligibility to practice before those courts has not been restricted in any way. U.S. Court of Appeals for the Third District, Fifth District, Seventh District and Tenth District.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

Form I (cont'd)

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

[signature]

Signature of *Pro Hac Vice* Applicant

Print Name: Cathleen M. Combs    State Bar ID #: 00472840

Firm Name: Edelman, Combs, Latturner & Goodwin, LLC

Business Address: 120 South LaSalle, Ste 1800, Chicago, IL 60603

(312) 739-4200    (312) 419-0379

Tel. #    Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Christopher M. Lefebvre [signature]

Signature of Local Counsel

Christopher M. Lefebvre #4019

Print Name    R.I. Bar ID #

Claude lefebvre Christopher Lefebvre, PC

Two Dexter St., PO BOx 479, Pawtucket, RI 02860

Firm and Business Address

401-728-6060

Fax 401-728-6534

Tel. # ______ Fax # ______

## ORDER

This motion is hereby ____________________

____________________

District Judge

Date:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| BETTY J. FARIZER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-337-ML |
| | ) | |
| NEW DAY FINANCIAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATION OF SERVICE**

I hereby certify that on October 3, 2006, I electronically filed a Motion for Admission Pro Hac Vice with the Clerk of the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically: Jeffrey Brenner, Esq., J. Kevin Snider (Pro Hac Vice), Richard E. Gottlieb (Pro Hac Vice), and Naomi A. Carry (Pro Hac Vice),; and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participants: Not Applicable.

/s/ Maria Ferreira