UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BETTY J. FARIZER, Plaintiff, | ) | |
| v. | ) | C.A. No. 06-337-ML |
| NEW DAY FINANCIAL, LLC, Defendant. | ) | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for New Day Financial, LLC ("New Day"), certifies that New Day is a subsidiary of New Day Partners, LLC. There is no publicly held company that owns 10% or more of New Day's stock.

Respectfully submitted,
Defendant NEW DAY FINANCIAL, LLC
By its Attorneys,

/s/ Jeffrey S. Brenner

Jeffrey S. Brenner (#4369)
Joseph B. White (#5900)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
JBrenner@nixonpeabody.com
JWhite@nixonpeabody.com

Dated: November 29, 2006

J. Kevin Snyder (admitted *pro hac vice*)
Richard E. Gottlieb (admitted *pro hac vice*)
Naomi A. Carry (admitted *pro hac vice*)
DYKEMA GOSSETT, LLP
333 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
Tel: (213) 457-1800
Fax: (213) 457-1850
Ksnyder@dykema.com
Rgottlieb@dykema.com
Ncarry@dykema.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2006, I electronically filed **New Day Financial, LLC's Rule 7.1 Corporate Disclosure Statement** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to the following:

Christopher M. Lefebvre (Clbankrupt@aol.com)

Additionally, on November 29, 2006**,** we served **New Day Financial, LLC's Rule 7.1 Corporate Disclosure Statement** via U.S. Mail upon the following:

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor,
Chicago, IL 60603

_____/s/ Jeffrey S. Brenner____

CHICAGO\2258103.1
ID\IVF