**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| BETTY J. FARIZER, | ) | |
| | ) | 06-337-ML |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NEW DAY FINANCIAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MISCELLANEOUS MOTION TO SUBSTITUTE EXHIBIT A OF PLAINTIFF'S AMENDED COMPLAINT**

Now comes the Plaintiff Betty J. Farizer in the above entitled matter and states the following:

1. On July 31, 2006 the Plaintiff filed an Amended Class Action Complaint.

2. The Amended Complaint references an Exhibit A attached thereto.

3. It has been brought to the attention of the Plaintiff and her counsel that the attached Exhibit A to the Amended Complaint does not accurately reflect the terms and conditions of the solicitation which is the subject of this law suit. Through a copying error, the reverse side of the solicitation was not reproduced and attached to the Exhibit A.

4. The Plaintiff wishes to correct the record and substitute the Exhibit A attached hereto to this motion.

5. The Defendant does not oppose this request.

**WHEREFORE,** Plaintiff prays that her motion be granted and that Exhibit A attached hereto be substituted for the Exhibit A that was erroneously appended to the Amended Class Action Complaint.

Respectfully submitted;

/s/Christopher M. Lefebvre #4019
CLAUDE F. LEFEBVRE AND
CHRISTOPHER M. LEFEBVRE, P.C.
Two Dexter Street
Pawtucket, RI 02860
P.O. Box 479 (Mailing address)
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (fax)

## CERTIFICATION

I hereby certify that on November 29, 2006 I served a true copy of the within by **electronic means (ECF)** on Jeffrey S. Brenner, Esq. NIXON PEABODY LLP, One Citizens Plaza, Suite 500, Providence, R I 02903.

/s/Christopher M. Lefebvre