# EXHIBIT A

NewDay FINANCIAL
7067 Columbia Gateway Drive
Columbia, MD 21046

EXPIRES: 08/31/06

IN THE AMOUNT OF: TWO HUNDRED SEVENTY-FIVE THOUSAND THREE HUNDRED SEVENTY-FIVE AND 00/100 DOLLARS
(or up to 125% of your home value)

PAYEE:
Betty J. Farizer
2 Ford Ave.
Cumberland, RI 02864-1940

| DOLLARS | CTS |
|---|---|
| $275,375 | 00 |

Non-negotiable check. No cash value. This is not a check.

RESERVATION NO: 2506 1579 017

Paul Alger, Senior Vice President

RS-25-0053R01

You could keep paying high-interest credit card balances month after month. Or, you could simply **pay them off!**

Dear Betty J. Farizer,

Like most Americans with solid credit, you probably receive plenty of offers to transfer your credit card balances from one card to the next. It's a great way for credit card companies to get business from one another, but not the best way for a smart homeowner, like you, to manage your money.

At *NewDay* Financial we'd like to offer you a better option — one that gives you the opportunity to consolidate all of your high interest debt (not just credit card balances) into one easier-to-manage monthly payment. Best of all, you're already pre-approved!*

The ***NewDay* Zero-Balances Program** lets you do more than just move credit card debt around. We help you to consolidate all of your debt using your home's equity — a money management option that many financial experts recommend.

**This one simple financial decision can put up to $900, $1,000, even $1,100 or more back into your pocket each month. Just call toll-FREE 1-888-222-4808 and find out how you can cut your monthly payments in half or more!**

Increasing your monthly cash flow is only one of the benefits of using your home equity for debt consolidation. You may also qualify for significant tax advantages not available with a credit card balance transfer. Consult your tax advisor.

Under this important program, you're pre-approved for MORE MONEY than most mortgage lenders are willing to offer — **up to 125% of your home's value** (less outstanding mortgage balance). With thousands more for your needs, you can do far more than consolidate your debt. You can:

- **Add value to your home** with a kitchen update, room addition or other renovation.
- **Finance college tuition** for your children, your spouse or yourself.
- **Pay for major expenses,** like a wedding, new roof or heating and air system.

The ***NewDay* Zero-Balances Program** is a great way to use your home equity to manage your money better and to pay for the things you want now. Be sure to call today, **1-888-222-4808**, and discover a better way to cut your monthly payments. Your pre-approved status ends 08/31/06.

Sincerely,

Paul Alger, Senior Vice President

P.S. To get started, simply call toll-FREE **1-888-222-4808** now. Or, if you prefer, you can get started online at www.NewDayYes.com. Whether you call or apply online — the entire process takes about 10 minutes because you're pre-approved, but only until 08/31/06. Have your Reservation Number, 2506 1579 017, ready to verify your pre-approved status. Call today!

*See reverse for Important Program Information.

You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 1-888-567-8688. See PRESCREEN & OPT-OUT NOTICE on other side for more information about prescreened offers.

**PRE-SCREEN & OPT-OUT NOTICE:** *Information from a credit bureau was used in connection with this offer. You received this offer because we believe you satisfy our criteria for creditworthiness. You may request that your name be excluded from any future lists prepared by the credit bureau for future unsolicited credit offers by writing: Experian Consumer Services, 901 West Bond Street, Lincoln, NE 68521, or TransUnion Opt Out Request, P.O. Box 505, Woodlyn, PA 19094-0505, or Equifax, P.O. Box 740123, Atlanta, GA 30374, or by calling 1-888-567-8688.* ***Withdrawal of Offer:*** *We may withdraw our offer entirely if updated information we receive from a credit bureau or the information in your application shows that you do not meet the criteria established for this offer. We may also withdraw this offer if you move outside our marketing area. In addition, we may withdraw our offer if the following conditions are not met: (1) You do not have at least the minimum lendable equity required for the loan program that you have requested; (2) You do not have sufficient income to repay the new obligation.*

**Loan Requirements:** We must receive a response from you on or before the offer expiration date indicated. If we receive your response after the expiration date, we may require you to follow our normal application procedures and will evaluate your application based on our current underwriting criteria. This offer is for a secured loan only, and your residence is the collateral for this loan. You must comply with our additional loan program requirements and pay all applicable loan fees. This offer is non-transferable and supersedes all prior offers. You must be of legal contract age to apply. We will determine the amount of your loan based on information obtained in processing this loan, including, but not limited to, the credit bureau information, appraisal, verification of income, and equity in your home. • All applications are subject to current loan program terms and fees. • You will be required to pay for an appraisal. • Home equity loans are available in most areas. Some limitations apply. • The amount you save on your monthly payments may vary. Our loan consolidation experts will help you calculate your total monthly payment reduction based on your current monthly payments for loans, credit cards, etc. In some cases, your new loan may have a longer term than on your current loans and the aggregate amount paid may increase.

## TWO EASY AND CONVENIENT WAYS TO RESPOND:

1. Call us toll-FREE at 1-888-222-4808.
2. Or, complete, sign and fax back toll-free to 1-877-423-1443.

DETACH ALONG PERFORATION BEFORE FAXING

## CONFIDENTIAL FAX APPLICATION FORM

Borrower (Full Name) ____________ Social Security No. ____________ Birth Date ___/___/___ Annual Salary ____________

Co-Borrower (Full Name) ____________ Social Security No. ____________ Birth Date ___/___/___ Annual Salary ____________

Email Address ____________ Home Phone ____________ Work Phone ____________

Property Address ____________ City/State/Zip ____________ Years Lived There ____________

First Mortgage Rate ____________ Estimated House Value ____________ Mortgage Payment ____________ Balance ____________

Currently Escrow Y / N (circle one) Annual Property Taxes $ ____________ Annual Home Owners Insurance $ ____________ Age of Home ____________

**RESERVATION NUMBER** ____________ (shown on letter)

I/We authorize the Lender to make whatever inquiries it considers necessary and appropriate to evaluate this credit application, including obtaining my credit report.

**Signature** ✗ ____________ **Signature** ✗ ____________

BEST TIME TO CALL YOU: ____________ AM/PM (circle one)

## BILL CONSOLIDATION WORKSHEET

Call toll-free **1-888-222-4808** and a personal loan advisor will show you how you can consolidate your bills.

**Current Financial Obligations**

| Creditor | $ You Owe | $ You Pay | Pay-Off |
|---|---|---|---|
| Example, VISA | $5,375 | $255/month | ☑ Yes ☐ No |
| 1. | | | ☐ Yes ☐ No |
| 2. | | | ☐ Yes ☐ No |
| 3. | | | ☐ Yes ☐ No |
| 4. | | | ☐ Yes ☐ No |
| 5. | | | ☐ Yes ☐ No |
| 6. | | | ☐ Yes ☐ No |
| 7. | | | ☐ Yes ☐ No |
| 8. | | | ☐ Yes ☐ No |
| TOTAL: | $ | $ | |

**Do you have a 2nd mortgage now?** ☐ Yes ☐ No

***If YES:*** Balance ____________

% Rate ____________

Monthly Payment ____________

**NEW LOAN PROPOSAL**

Amount ____________ Payment ____________

% Rate ____________ Term ____________

Monthly Reduction ____________ Yearly Reduction ____________

Cash Available To You ____________

**Information for Government Monitoring Purposes:** This information is requested by the Federal Government for certain types of loans related to a dwelling to monitor the Lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. The law requires that a lender may not discriminate based on this information or whether you decide to provide it. If you furnish this information, please provide both ethnicity and race. For race you may check more than one category. If you do not wish to furnish this information, please check the boxes below.

| | Borrower | Co-Borrower |
|---|---|---|
| | ☐ I do not wish to provide this information. | ☐ I do not wish to provide this information. |
| **Ethnicity:** | ☐ Hispanic or Latino ☐ Not Hispanic or Latino | ☐ Hispanic or Latino ☐ Not Hispanic or Latino |
| **Race:** | ☐ American Indian or Alaska Native ☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or other Pacific Islander<br>☐ White | ☐ American Indian or Alaska Native ☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or other Pacific Islander<br>☐ White |
| **Sex:** | ☐ Female ☐ Male | ☐ Female ☐ Male |

**Loan Advisor** ____________ **Direct Toll-Free#** ____________

Arizona license number 0906997; In California: Loans will be made or arranged pursuant to Dept. of Corporations California Finance Lenders License; Georgia Residential Mortgage Licensee # 19637; Illinois Residential Mortgage Licensee # MB6759458; Kansas Supervised Loan Licensee #2003-4627; Massachusetts Lender # MC 3601; Mississippi Registered Mortgage Company: NewDay MO Office: 10805 Sunset Office Drive, Suite 307, Sunset Hills, MO 63127;Licensed by the New Hampshire Banking Department; Licensed Mortgage Banker- NJ Department of Banking; Licensed Mortgage Banker- NYS Banking Department; OH Registration Numbers MB 5693, MB 5695, SM 10350, and SM 10352; Licensed by the Pennsylvania Department of Banking; Rhode Island Licensed Lender; Licensed or authorized to conduct first and/or subordinate lien lending in AK, AL, AR, CO, CT, DE, FL, IA, ID, IN, KY, MD, ME, MI, MO, MT, NC, NE, NM, NV, OK, OR, SC, SD, TN, VA, WA, WI, WY. This advertisement is not an offer to enter into a rate lock-in agreement. NewDay Financial LLC, Corporate Office: 7067 Columbia Gateway Drive, Suite 207, Columbia, Maryland 21046.

RT-MD-0008



Go from big balances to zero balances in a matter of minutes — online!

**Your pre-approved* status makes it easy to get started at ...**

**www.NewDayYes.com**

# Can the *NewDay* Zero-Balances program really help you keep more money in your pocket every month?

***Absolutely! See for yourself ...***

*If your current monthly payments are...*

| | |
|---|---|
| Existing mortgage | $927.01 |
| Auto loan | $483.58 |
| Credit card #1 | $276.25 |
| Credit card #2 | $212.50 |
| Personal loan | $ 71.22 |
| YOUR TOTAL PAYMENTS | $1,970.56** |

You can cut your payments to a more manageable $988.48** per month!

And that increases your monthly cash flow to ...

**$982.08***

That's money in your pocket!

**1-888-222-4808**

*See reverse of letter for Important Program Information. **NewDay loan payment example is based on a 5.625% interest rate, 5.927% APR, $988.48 monthly payment for 180 months on $120,000 loan amount. Fees and charges may apply, and may vary by state. Excludes mortgage taxes and insurance; property insurance required. The existing mortgage payment example does not include taxes and insurance. Other rates and terms available. Loans will be secured by your property. Your financial situation may vary from the above hypothetical scenario. The specific loan terms and rate for which you may qualify will be based on your financial condition, including your credit history. Consolidating your debts may increase the length of time and/or the total amount needed to repay your debts. Please call for details. Credit card payments assume 18% interest rate with a minimum payment of 2.5% of the balance or $50 (whichever is greater). Auto payment assumes 7.5% interest rate and 4 year term. Original mortgage payment assumes 7.5% interest rate and 180 month term. Personal Loan payment assumes 7.5% interest rate and 60 month term.

BT-ND-BSL-0905

NewDay FINANCIAL