**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| BETTY J. FARIZER,<br><br>Plaintiff,<br><br>v.<br><br>NEW DAY FINANCIAL, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 06-337-ML |

## SCHEDULING ORDER IN LIGHT OF RULE 16 CONFERENCE

On November 8, 2006, counsel for Plaintiff Betty J. Farizer and Defendant New Day Financial LLC appeared before the Court for a Rule 16 scheduling conference. In light of that conference the Court sets the following schedule of events:

Because this case is styled as a class action, for reasons of judicial economy and efficiency, the Court orders that discovery be conducted in two phases. Phase I discovery should be directed to the issue of class certification so that the Court may determine as soon as practicable whether this action meets the standards under Rule 23 of the Federal Rules of Civil Procedure for class action treatment.

The issue of class certification should be should be briefed, heard, and decided upon at the completion of Phase I discovery.

Following resolution of the class certification issue, the Court will have a second scheduling conference be held to address what discovery, if any, remains in the second phase of discovery, the timing for completion of Phase II discovery, and any further deadlines for dispositive motions, pre-trial matters and trial. Phase II discovery would be directed at the merits of plaintiffs' individual and class claims to the extent the Court certifies a class under Rule 23.

For these reasons, the Court sets the following deadlines:

- Deadline for discovery on issues pertaining to class certification: on or before **March 8, 2007**.

- Deadline for serving a motion for class certification: **March 29, 2007**.

- Deadline for serving an opposition to motion for class certification: **April 18, 2007**.

PRESENTED BY:

/s/ Christopher M. Lefebvre
Christopher M. Lefebvre, #4019
CLAUDE F. LEFEBVRE AND
CHRISTOPHER M. LEFEBVRE, P.C.
Two Dexter Street
Pawtucket, RI 02860
P.O. Box 479 (Mailing address)
Pawtucket, RI 02862
Tel: (401) 728-6060
Fax: (401) 728-6534
E-mail: Lefeblaw@aol.com

Daniel A. Edelman (admitted *pro hac vice*)
Cathleen M. Combs (admitted *pro hac vice*)
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
Tel: (312) 739-4200
Fax: (312) 419-0379
E-mail: CCombs@edcombs.com
E-mail: Edelman@edcombs.com

/s/ Jeffrey S. Brenner
Jeffrey S. Brenner, #4369
NIXON PEABODY, LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
E-mail: JBrenner@nixonpeabody.com

J. Kevin Snyder (admitted *pro hac vice*)
Richard E. Gottlieb (admitted *pro hac vice*)
Naomi A. Carry (admitted *pro hac vice*)
DYKEMA GOSSETT, LLPC
333 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
Tel: (213) 457-1800
Fax: (213) 457-1850
E-mail: ksnyder@dykema.com
E-mail: rgottlieb@dykema.com
E-mail: ncarry@dykema.com

Mary M. Lisi 12/1/06
Mary M. Lisi, Chief Judge
United States District Court for the
District of Rhode Island