**EXHIBIT "A"**

**DECLARATION RE CONFIDENTIAL MATERIALS SUBJECT TO PROTECTIVE ORDER**

The undersigned hereby acknowledges that he or she has read the foregoing Stipulation and Order For Protection of Confidential Material (the "Protective Order") filed with the United States District Court for the District of Rhode Island, in that certain action entitled *Betty J. Farizer v. New Day Financial, LLC*, U.S.D.C. Case No. C.A. 06-337-ML, and understands the terms thereof and agrees to be bound thereby.

The undersigned also acknowledges that he or she understands that Confidential Information, including materials and documents marked "Confidential" or "Attorneys' Eyes Only" and their respective contents, as defined in the Protective Order, may not be disclosed to anyone, except as authorized by the Protective Order, and may only be used for the limited and sole purpose of assisting in the preparation of trial and trial of the above-referenced matter. The undersigned further agrees, upon threat of penalty of contempt of other civil remedies, to be bound by such terms and irrevocably submit his or her person to the jurisdiction of the United States District Court for the District of Rhode Island for the limited purpose of securing compliance with the terms and conditions of the Protective Order.

Executed this __________ day of ________________, 2007, at _________________,

_______________.

___________________________________

Signature

______________________________

(Type or Print Name)