**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| BETTY J. FARIZER, | ) | |
| | ) | C.A. No. 06-337-ML |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NEW DAY FINANCIAL, LLC, | ) | |
| | ) | |
| New Day. | ) | |

**<u>AGREED MOTION TO STAY PROCEEDINGS</u>**

The parties to this action, defendant, New Day Financial, LLC (:"New Day"), and plaintiff, Betty J. Farizer, hereby move this Court to stay all proceedings in this action in light of the Fair Credit Reporting Act ("FCRA") action pending in the United States Supreme Court. In further support of this motion, the parties state as follows:

1. Plaintiff's Complaint alleges that New Day failed to make a "firm offer of credit" in connection with sending Plaintiff a pre-screened mailer, and is predicated on the allegation that New Day "willfully violated the FCRA."

2. There is a matter pending in the United States Supreme Court that presents a question concerning the meaning and application of the FCRA's willful noncompliance provision, 15 U.S.C. § 1681n. New Day and Plaintiff agree that the decision in that pending matter may have an important effect on this case, both as to the extent of permissible and necessary discovery and as to the substantive legal standards that will govern Plaintiff's claim here.

3. Specifically, in *GEICO General Insurance Co. et al. v. Edo*, No. 06-100, and *Safeco Insurance Company of America et al. v. Burr*, No. 06-84, the parties and a number of amici, including the United States Solicitor General, have briefed a number of issues pertinent to

the meaning and application of the FCRA willful noncompliance provision. The Supreme Court granted certiorari to address the standard for proving a willful violation of the FCRA. Among other issues, the parties and amici have addressed the manner in which courts should analyze and decide FCRA willful noncompliance questions. A decision by the Supreme Court is expected in the *Geico* and *Safeco* cases by no later than the end of June.

4. New Day and Farizer jointly submit that staying this action in light of the pending Supreme Court matter will assist the parties to address the issues in the present litigation in the most efficient manner possible. A stay will avoid unnecessary discovery and motions practice, facilitate settlement negotiations and, as a general matter, conserve the resources of the Court and parties. Several lower courts have stayed similar "firm offer" litigation pending the Supreme Court FCRA litigation. *See, e.g., Ashby v. Farmers Group, Inc.*, No. 01-cv-1446, 2006 WL 3169381, at *1 (D. Or. Oct. 30, 2006); *Johnson v. Juniper Bank*, No. 06-C-13 (E.D. Wis. Dec. 18, 2006)(stipulation).

5. If the stay is granted, the parties agree to submit a proposal to the Court to govern any further conduct of this litigation once the Supreme issues a decision in the appeal noted above. Specifically, the parties agree to extend, with the Court's permission, additional time to New Day to take Farizer's deposition and respond to Farizer's Motion for Class Certification.

WHEREFORE, for the reasons discussed above, the parties request that the Court enter a stay of all activity in this case pending the decision in *GEICO General Insurance Co. et al. v. Edo*, No. 06-100, and *Safeco Insurance Company of America et al. v. Burr*, No. 06-84, pending before the Supreme Court.

Dated: May 15, 2007

Respectfully submitted,

BETTY FARIZER

By: /s/ Cathleen M. Combs (pro hac vice)
Cathleen M. Combs

One of her Attorneys

Cathleen M. Combs (pro hace vice)
EDELMAN, COMBS, LATTURNER &
GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379

Christopher M. Lefebvre
CLAUDE F. LEFEBVRE AND
CHRISTOPHER M. LEFEBVRE, P.C.
Two Dexter Street
Pawtucket, RI 02860
P.O. Box 479 (Mailing address)
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (fax)

/s/ Christopher M. Lefebvre
Christopher M. Lefebvre

Dated: May 15, 2007

Respectfully submitted,

NEW DAY FINANCIAL

By: /s/Richard E. Gottlieb (with consent)
Richard E. Gottlieb

One of its Attorneys

Richard E. Gottlieb
Naomi A. Carry
J. Kevin Snyder
Dykema Gossett PLLC
10 S. Wacker Dr
Chicago, IL 60606
(312) 876-1700 (fax)

Jeffrey S. Brenner
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1030 (fax)

/s/ Jeffrey S. Brenner (with consent)
Jeffrey S. Brenner

**CERTIFICATE OF SERVICE**

I, Cathleen M. Combs, do hereby certify that a copy of the preceding document was filed electronically on May 15, 2007. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jeffrey S. Brenner jbrenner@nixonpeabody.com, ProEfile@nixonpeabody.com, mryone@nixonpeabody.com

Naomi A. Carry ncarry@dykema.com

Richard E. Gottlieb rgottlieb@dykema.com, ifrye@dykema.com

J. Kevin Snyder ksnyder@dykema.com

/s/ Cathleen M. Combs
Cathleen M. Combs (pro hac vice)

Cathleen M. Combs
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60660
(312) 739-4200
(312) 419-0379 (fax)