UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BETTY J. FARIZER :
:
V. : C.A. No.: 06-337ML
:
NEW DAY FINANCIAL, LLC :

**DISMISSAL STIPULATION**

Plaintiff Betty J. Farizer and Defendant New Day Financial, LLC hereby stipulate to the following:

1. Plaintiff's Complaint is dismissed with prejudice.
2. The parties shall bear their own costs and attorneys' fees.
3. All rights of appeal are waived.

Plaintiff,
Betty J. Farizer,
By her Attorneys,

/s/ Christopher M. Lefebvre
Christopher M. Lefebvre (#4019)
Claude F. Lefebvre and Christopher Lefebvre, P.C.
Two Dexter Street
Pawtucket, RI 02860
Tel: (401) 728-6060
Fax: (401) 728-6534
E-mail: Lefeblaw@aol.com

/s/ Cathleen M. Combs
Cathleen M. Combs (Pro Hac Vice)
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
Tel: (312) 739-4200
Fax: (312) 419-0379
E-mail:CCombs@edcombs.com

Dated: August 29, 2007

Defendant,
New Day Financial, LLC,
By its Attorneys,

/s/ Jeffrey S. Brenner
Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
E-mail: JBrenner@nixonpeabody.com

/s/ Naomi A. Carry
Naomi A. Carry (Pro Hac Vice)
Dykema Gossett LLP
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 457-1800
Fax: (213) 457-1850
E-mail:NCarry@dykema.com

Dated: August 29, 2007

Enter: Mary M. Lisi USDJ 8/29/07